MEMORANDUM OPINION

 

No. 04-11-00146-CV

                                                                            

IN RE Maribel OLIVAREZ

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:          Sandee Bryan
Marion, Justice

                     Steven C.
Hilbig, Justice 

                     Marialyn
Barnard, Justice

 

Delivered and Filed:  March 9,
2011

 

PETITION FOR WRIT OF MANDAMUS
DENIED

 

           On February 22, 2011, relator filed a petition for writ of mandamus.  The court has
considered relator’s petition and is of the opinion that relator is not
entitled to the relief sought.  Accordingly, the petition for writ of mandamus
is DENIED.  See Tex. R. App. P.
52.8(a).                                                                                       PER
CURIAM

 

 

 









[1] This proceeding arises out of Cause
No. 2007-CVO-001218-C1, styled In the Interest of J.L.C., Jr., A Child, pending
in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino
Morales presiding.